# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

: No. 333 Common Pleas Judicial
: Classification Docket
:
:
:

## O R D E R

**PER CURIAM:**

AND NOW, this 2nd day of February, 2016, upon consideration of the Petitions of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to division(s) of the court, it is hereby ORDERED that the Petitions are granted and the following assignments are approved:

Family Division

The Honorable Daine A. Grey, Jr.
The Honorable Christopher Mallios
The Honorable Ourania Papademetriou
The Honorable Lyris F. Younge
The Honorable Michael Fanning

Trial Division

The Honorable Tracy Brandeis-Roman
The Honorable Scott DiClaudio
The Honorable Mia R. Perez
The Honorable Kai N. Scott
The Honorable Stephanie M. Sawyer
The Honorable Abbe F. Fletman
The Honorable Kenneth J. Powell, Jr.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.